**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7599**

———————

WALTER HAYWARD COPPAGE,

                              Petitioner - Appellant,

        versus

DAVID MITCHELL,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-01-358-3-1MU)

———————

Submitted:  February 21, 2002          Decided:  March 4, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Walter Hayward Coppage, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Hayward Coppage seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. See Coppage v. Mitchell, No. CA-01-358-3-1MU (W.D.N.C. filed Aug. 30, 2001; entered Sept. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED